# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERREK LARKIN,** | : | |
| Petitioner | : | |
| | : | No. 1:23-cv-00624 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN BARAZA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 6th day of November 2023, upon consideration of Petitioner Derrek Larkin ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge